IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

JUN 25 2025 PM 1:28
FILED - USDC - NDTX - AM

UNITED STATES OF AMERICA

v.

JOSEPH LABRONE GIBBS
a/k/a "Li Skeeze"

No. 2-25CR0070-Z

# INDICTMENT

The Grand Jury Charges:

Count One
Convicted Felon in Possession of a Firearm
(Violation of 18 U.S.C. §§ 922(g)(1), 924(a)(8))

From on or about July 18, 2022, to on or about August 2, 2022, in the Amarillo Division of the Northern District of Texas, and elsewhere, **Joseph Labrone Gibbs**, also known as "Li Skeeze", defendant, knowing he had previously been convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess in and affecting interstate and foreign commerce a firearm, to wit: a black, un-serialized, AR-style multicaliber pistol.

In violation of Title 18, United States Code, Sections 922(g)(1), 924(a)(8).

Count Two
Convicted Felon in Possession of a Firearm
(Violation of 18 U.S.C. §§ 922(g)(1), 924(a)(8))

From on or about August 22, 2022, to on or about November 12, 2022, in the Amarillo Division of the Northern District of Texas, and elsewhere, **Joseph Labrone Gibbs**, also known as "Li Skeeze", defendant, knowing he had previously been convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess in and affecting interstate and foreign commerce a firearm, to wit: an Anderson Manufacturing, model AM-15, multi-caliber pistol, serial number 21150632.

In violation of Title 18, United States Code, Sections 922(g)(1), 924(a)(8).

<u>Forfeiture Notice</u>
(18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c))

Upon conviction of the offense alleged in this indictment, and pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), defendant **Joseph Labrone Gibbs,** also known as "Li Skeeze", shall forfeit to the United States of America any firearm involved in or used in the knowing commission of the offense, including, but not limited to, the following: a black, un-serialized, AR-style multicaliber pistol, and an Anderson Manufacturing, model AM-15, multi-caliber pistol, serial number 21150632.

A TRUE BILL:

FOREPERSON

NANCY E. LARSON
ACTING UNITED STATES ATTORNEY

STEPHEN J. RANCOURT
Assistant United States Attorney
Texas State Bar No. 24079181
1205 Texas Avenue, Suite 700
Lubbock, Texas 79401
Telephone: 806-472-7398
Facsimile: 806-472-7394
E-mail: stephen.rancourt@usdoj.gov

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

UNITED STATES OF AMERICA

v.

JOSEPH LABRONE GIBBS
a/k/a "Li Skeeze"

INDICTMENT

COUNTS 1 and 2: CONVICTED FELON IN POSSESSION OF A FIREARM
Title 18, United States Code, Sections 922(g)(1), 924(a)(8).
(2 COUNTS + FORFEITURE)

A true bill rendered:

Amarillo ______ Foreperson

Filed in open court 25th day of June, A.D. 2025.
ARREST WARRANT TO ISSUE

UNITED STATES MAGISTRATE JUDGE