IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

UNITED STATES OF AMERICA

v. No. 2:25-CR-070-Z

JOSEPH LABRONE GIBBS
a/k/a "Li Skeeze"

## FACTUAL RESUME

In support of Joseph Labrone Gibbs's, also known as "Li Skeeze's" plea of guilty to the offense in Count Two of the Indictment, Gibbs, the defendant, James Colley, the defendant's attorney, and the United States of America (the government) stipulate and agree to the following:

## ELEMENTS OF THE OFFENSE

To prove the offense alleged in Count Two of the Indictment, charging a violation of 18 U.S.C. §§ 922(g)(1), 924(a)(8), that is, Convicted Felon in Possession of a Firearm, the government must prove each of the following elements beyond a reasonable doubt:[1]

Convicted Felon in Possession of a Firearm:

*First.* That the defendant knowingly possessed a firearm as charged;

*Second.* That before the defendant possessed the firearm, the defendant had been convicted in a court of a crime punishable by imprisonment for a term in excess of one year;

*Third.* That the defendant knew he had been convicted in a court of a crime punishable by a term of imprisonment in excess of one year; and

[1] Fifth Circuit Pattern Jury Instruction 2.43D, 1.48 (5th Cir. 2024).

*Fourth.* That the firearm possessed traveled in interstate or foreign commerce; that is, before the defendant possessed the firearm, it had traveled at some time from one state to another or between any part of the United States and any other country.

The term "firearm" means any weapon that will or is designed to or may readily be converted to expel a projectile by the action of an explosive. The term "firearm" also includes the frame or receiver of any such weapon, or any firearm muffler or firearm silencer, or destructive device.

**STIPULATED FACTS**

1. Joseph Labrone Gibbs, also known as "Li Skeeze", admits and agrees that from on or about August 22, 2022, to on or about November 12, 2022, in the Amarillo Division of the Northern District of Texas, and elsewhere, knowing he had previously been convicted of a crime punishable by a term of imprisonment exceeding one year, he did knowingly possess in or affecting interstate or foreign commerce a firearm, to wit: an Anderson Manufacturing, model AM-15, multi-caliber pistol, serial number 21150632, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

2. On November 11, 2022, officers with the Amarillo, Texas Police Department (APD) traveled to a residence on Currie Lane in Amarillo to attempt to locate Joseph Labrone Gibbs, also known as "Li Skeeze," who had a state warrant for his arrest. Gibbs had previously been arrested at the home in August 2022, during which APD officers located a firearm with Gibbs's DNA on it.

3. The occupant of the home gave officers permission to search the residence for Gibbs. During the search, officers detected the odor of marijuana and observed drug paraphernalia and a Glock gun case in plain view. APD officers then obtained a search

warrant for the residence and executed the warrant on November 12, 2022. During the search, officers located an Anderson Manufacturing, model AM-15, multi-caliber pistol, serial number 21150632. The firearm had a unique magazine with gold accessories and decal designs and was found in a hidden compartment underneath the bar in the kitchen.

4. Officers later obtained search warrants for Gibbs's Facebook and Instagram accounts, including an account where Gibbs used the moniker "Li Skeeze." A review of the search warrant results from Gibbs's "Li Skeeze" account revealed photographs and videos of Gibbs possessing, holding, and firing numerous different firearms over an extended period.

5. Officers found a Facebook messenger conversation between Gibbs and another individual from August 22, 2022. In the messages, Gibbs sent the other individual 20 photographs depicting Gibbs and others with multiple firearms. One of the photos depicted Gibbs picking up and possessing an AR-style pistol with a unique magazine with gold accessories and decal designs. The firearm was the Anderson Manufacturing, model AM-15, multi-caliber pistol, serial number 21150632, which was seized by the APD on November 12, 2022. Gibbs admits that he knowingly possessed this firearm.

6. A records check showed that Gibbs is a convicted felon. On July 15, 2020, Gibbs was convicted of the felony offense of Unauthorized Use of a Motor Vehicle in the 251st District Court of Texas under case number 077669-C-CR. Gibbs was sentenced to 12 months imprisonment, and a copy of the judgment clearly shows that the offense was

a felony. Gibbs admits and agrees that in 2022, he was aware of his status as a convicted felon. As a convicted felon, it is unlawful for Gibbs to possess firearms.

7. An ATF Special Agent (SA) and Firearms Interstate Nexus Expert examined the firearm and confirmed that it could function as designed and meets the definition of a firearm under Federal law. The ATF SA also determined that the firearm was manufactured outside the State of Texas, and therefore traveled in interstate commerce prior to Gibbs possessing it.

8. Gibbs agrees that he committed all the essential elements of the offense alleged in Count Two of the Indictment. Specifically, Gibbs agrees that he knowingly possessed the firearm described above while being a person having been previously convicted in a court of a crime punishable by imprisonment for a term in excess of one year, that Gibbs knew he had been previously convicted of a crime punishable by a term of imprisonment exceeding one year, and that the said firearm traveled in interstate and foreign commerce. This factual resume is not intended to be a complete accounting of all the facts and events related to the offense charged in this case. The limited purpose of this statement of facts is to demonstrate that a factual basis exists to support the defendant's guilty plea to Count Two of the Indictment.

9. The defendant further agrees and admits that the above-described firearm, and a black, un-serialized, AR-style multicaliber pistol, including any additional ammunition, magazines, and accessories recovered with the firearms, were knowingly possessed by the defendant in violation of 18 U.S.C. § 922(g)(1), and are therefore subject to forfeiture pursuant to 18 U.S.C. § 924(d).

AGREED TO AND STIPULATED on this 4th day of September, 2025.

NANCY E. LARSON
ACTING UNITED STATES ATTORNEY

JOSEPH LABRONE GIBBS
a/k/a "Li Skeeze"
Defendant

JAMES COLLEY
Attorney for Defendant

STEPHEN J. RANCOURT
Assistant United States Attorney
Texas Bar No. 24079181
1205 Texas Avenue, Suite 700
Lubbock, Texas 79401
Tel: 806-472-7398
Fax: 806-472-7394
Email: stephen.rancourt@usdoj.gov